No. 13-2504

In the United States Court of Appeals
for the Fourth Circuit

_____

John Doe,
Plaintiff-Appellant,

vs.

John Brennan, Director of Central Intelligence Agency,
Defendant-Appellee.

_____

On Appeal from the United States District Court for the
Eastern District of Virginia at Alexandria

_____

UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES
BY PLAINTIFF/APPELLANT JOHN DOE
_____

The appellant, John Doe, respectfully requests a two week extension of all briefing deadlines in this case.  FRAP 26(b).  This extension is requested based on lead counsel's responsibilities in other cases and a long planned family vacation, which makes the current briefing deadlines impossible to meet.  The extension is not opposed by the appellee.  The undersigned has also spoken with Ms. Fischer in the clerk's office about this request and has been advised to file this motion to obtain the requested relief.

This request is not sought for purposes of delay, but only so that justice may be done.

Respectfully submitted,

/s/ Katherine L. Butler
Butler & Harris
1007 Heights Boulevard
Houston, Texas 77008
(713) 526-5677
Fax (713) 526-5691

## Certificate of Conference

I certify that I contacted counsel for the appellee Joe Scher on this day, March 19, 2014, and he advised that the appellee does not oppose this request for an extension of briefing deadlines.

/s/ Katherine L. Butler

## Certificate of Service

I certify that a true and correct copy of this document has been served upon counsel for the appellee via the court's electronic filing system on March 19, 2014.

/s/ Katherine L. Butler